UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| LINDA DAVIS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 3:05-CV-0521-RLM-CAN |
| ) | |
| ZIMMER, INC., ) | Judge Robert L. Miller, Jr. |
| ) | |
| Defendant ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

The parties having filed their Stipulation Of Dismissal Without Prejudice and the court having considered the same, the Stipulation [docket # 25] is GRANTED, and it is ORDERED that all claims in this matter are DISMISSED without prejudice, with each party to bear its own costs and fees.


DATED:   April 25, 2006          /s/ Robert L. Miller, Jr.
                                 Chief Judge
                                 United States District Court

Distribution to:

J. Stephen Bennett
John K. Henning
BAKER & DANIELS LLP
111 East Wayne Street
Suite 800
Fort Wayne, IN  46802

Joseph M. Lyon
LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS
312 Walnut Street
Suite 2090
Cincinnati, OH  45202

Irwin B. Levin
David J. Cutshaw
Eric S. Pavlack
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204